Scott D. Baker (SBN 84923)
Adaline J. Hilgard (SBN 173213)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA  94120-7936

Telephone:   415.543.8700
Facsimile:    415.391.8269

Attorneys for Diane Renn Button

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANE RENN BUTTON,<br><br>Plaintiff,<br><br>vs.<br><br>MITCHELL WAITE and Does 1-30, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-ACTION | No.: C 06 3408 MMC0<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO REMAND CASE TO STATE<br>COURT** |

The parties, through their undersigned counsel, hereby stipulate as follows:

1.   This lawsuit was originally filed in the Superior Court for the State of California, County of Marin on or about April 24, 2006.  On or about May 24, 2006, Defendant Mitchell Waite removed this case to this federal court on the basis of diversity jurisdiction.  On or about May 31, 2006, Defendant filed an Answer and Cross-Claims.

2.   Mr. Waite is a resident and citizen of California, and as such, remand is appropriate upon objection under 28 U.S.C. § 1441.  Plaintiff has timely objected to the removal.

3. Accordingly, the parties agree that this case should be remanded back to state court pursuant to 28 U.S.C. §1447(c) and that Plaintiff should not be required to respond to the Cross Claims in federal court.

DATED: June 8, 2006.

REED SMITH LLP

By _____
Scott D. Baker
Adaline J. Hilgard
Attorneys for Diane Renn Button

DATED: June 8, 2006.

NOSSAMAN, GUTHNER, KNOX & ELLIOT, LLP

By _____
Patrick Richard
Sophie-Nicole Froelich
Attorneys for Mitchell Waite

### ORDER

Pursuant to Stipulation, it is hereby ORDERED that this case be remanded back to State Court. Plaintiff is not required to file a response to the Cross Claims in federal court.

IT IS SO ORDERED.

DATED: June 13, 2006

_____
United States District Judge